IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER DEATON,
ADC #143472                                                                      PLAINTIFF

v.                      Case No. 2:13-cv-00136 KGB-JTK

LARRY MAY, *et al.*                                                        DEFENDANTS

## ORDER

Before the Court is plaintiff Christopher Deaton's motion for reconsideration of the Court's Order ruling on two Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney and other matters (Dkt. Nos. 47, 52). Mr. Deaton has pointed to no error in the Court's rulings, and the Court sees none. The Court denies Mr. Deaton's motion for reconsideration (Dkt. No. 52).

The Court also has received Proposed Findings and Recommendations from Judge Kearney recommending that the Court deny Mr. Deaton's pending motion for a preliminary injunction (Dkt. Nos. 44, 57). The Court adopts the Proposed Findings and Recommendations in part by adopting the conclusion reached by Judge Kearney but not the reasoning (Dkt. No. 57). The Court rejects the reasoning based on recent legal developments, including the decision in *Holt v. Hobbs*, − U.S. −, 135 S. Ct. 853 (Jan. 20, 2015), and based on representations and arguments made in defendants' pending motion to dismiss Mr. Deaton's claims under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. § 2000cc-1 *et seq.* (Dkt. No. 108). At this time, the Court denies without prejudice as moot Mr. Deaton's motion for preliminary injunction (Dkt. No. 44).

SO ORDERED this 31st day of March, 2015.

                                               _____
                                               Kristine G. Baker
                                               United States District Judge