IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER DEATON,
ADC #143472                                                                                     PLAINTIFF

Case No. 2:13-cv-00136-KGB/JTK

LARRY MAY, et al.                                                                              DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 126).  Plaintiff Christopher Deaton filed two motions for extension of time to file objections to the Proposed Findings and Recommendations (Dkt. Nos. 130, 133).  Mr. Deaton then filed an objection (Dkt. No. 134).  The Court grants both of Mr. Deaton's motions for extension of time to file objections (Dkt. Nos. 130, 133), and the Court considers Mr. Deaton's objections timely filed (Dkt. No. 134).  After careful review of the Proposed Findings and Recommendations, the objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is, therefore, ordered that:

1. the Court grants defendants' motion to dismiss (Dkt. No. 108), and Mr. Deaton's Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1, claim is hereby dismissed.

2. the Court grants defendants' motion for summary judgment (Dkt. No. 113).

3. the Court dismisses without prejudice Mr. Deaton's claims against defendant Jackson for Mr. Deaton's failure to exhaust his administrative remedies prior to filing his claim against defendant Jackson.

4. the Court dismisses with prejudice Mr. Deaton's claims against all other defendants.

5. All other pending motions are denied as moot.

SO ORDERED this 4th day of February, 2016.

_____
Kristine G. Baker
United States District Judge