IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER DEATON
ADC #143472                                                                                    PLAINTIFF

v.                    Case No. 2:13-cv-00136-KGB-JTK

LARRY MAY, et al.                                                                          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered today, plaintiff Christopher Deaton's claim pursuant to the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1, is hereby dismissed; his claims against defendant Jackson are dismissed without prejudice; defendants are entitled to summary judgment in their favor on his due process claim; defendants are entitled to summary judgment in their favor on his cruel and unusual punishment claim; defendants are entitled to summary judgment in their favor on his retaliation claim; his equal protection claim is dismissed without prejudice; and defendants are entitled to summary judgment in their favor on his retaliatory transfer claim. For these reasons, Mr. Deaton's complaint is dismissed consistent with the terms of this Court's Order, and the relief sought is denied.

SO ADJUDGED this 4th day of February, 2016.

_____
Kristine G. Baker
United States District Judge